# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| EMW WOMEN'S SURGICAL CENTER, P.S.C., *et al.,*<br><br>   Plaintiffs,<br><br>  v.<br><br>ANDREW G. BESHEAR, *et al.*,<br><br>   Defendants. | Case No.: 3:19-cv-00178-DJH<br><br>**STIPULATION AND ORDER OF DISMISSAL OF MICHAEL S. RODMAN** |

  Plaintiffs EMW Women's Surgical Center, P.S.C. and Ernest W. Marshall, M.D. and Defendant Michael S. Rodman, in his official capacity as the Executive Director of the Kentucky Board of Medical Licensure, hereby enter into the following stipulations and agreements concerning the disposition of the above-captioned matter, which the Court hereby Orders:

  1. Pursuant to Fed. R. Civ. P. 41(a)(2) Defendant Rodman is hereby dismissed without prejudice.

  2. Defendant Rodman, in his official capacity as Executive Director of the Kentucky Board of Medical Licensure, agrees that neither he nor any personnel under his direct control or supervision will take any action to bring before the Kentucky Board of Medical Licensure any future enforcement, investigation, or other actions with respect to Plaintiffs arising from HB 5 (2019) or SB 9 (2019) or the facts alleged in Plaintiffs' Complaint until this Court enters a final judgment in the matter disposing of all of the claims, and the exhaustion of any and all appeals that may arise in this action.

  3. The Court retains jurisdiction to enforce the terms of this Stipulation and Order of Dismissal.

4. Defendant Rodman, in his official capacity as Executive Director of the Kentucky Board of Medical Licensure, agrees that he will abide by any final judgment in this action concerning the constitutionality of HB 5 (2019) or SB 9 (2019), subject to any modification, reversal or vacation of the judgment on appeal; however, nothing in this Order prevents the Kentucky Board of Medical Licensure from investigating or taking action on any other grievance or complaint, which does not arise from or is not related to HB 5 (2019) or SB 9 (2019) or the facts alleged in Plaintiffs' Complaint.

5. The parties to this Stipulation and Order of Dismissal shall bear their own attorney's fees or costs with respect to each other. This provision is not an adjudication of any later claim or petition under 42 U.S.C. § 1988 should Defendant Rodman later be added as a party.

6. Nothing in this Order shall be deemed to affect or adjudicate the pending claims against the remaining Defendants.

IT IS SO ORDERED.

_____
HON. DAVID J. HALE
JUDGE, WESTERN DISTRICT OF KENTUCKY

Have seen and agreed:

| | |
|---|---|
| s/Amy D. Cubbage | s/Leanne K. Diakov |
| Amy D. Cubbage | Leanne K. Diakov |
| Ackerson & Yann, PLLC | General Counsel |
| 734 West Main Street, Suite 200 | Kentucky Board of Medical Licensure |
| Louisville, Kentucky 40202 | 310 Whittington Parkway, Suite 1B |
| (502) 583-7400 | Louisville, Kentucky 40222 |
| acubbage@ackersonlegal.com | (502) 429-7943 |
| | leanne.diakov@ky.gov |
| | *Counsel for Defendant KY Bd. of Med. Lic.,* |
| Heather L. Gatnarek | *Michael S. Rodman* |
| ACLU of Kentucky | |
| 315 Guthrie Street, Suite 300 | |
| Louisville, KY 40202 | |
| (502) 581-9746 | |
| heather@aclu-ky.org | |

Brigitte Amiri*
Jennifer Dalven*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2633
bamiri@aclu.org
jdalven@aclu.org

Leah Godesky*
O'Melveny & Myers
7 Times Square
New York, NY 10036
(212) 326-2000
lgodesky@omm.com

Kendall Turner*
O'Melveny & Myers
1625 Eye St. NW
Washington, DC 20006
(202) 383-5300
kendallturner@omm.com

*\*pro hac vice motions granted*

*Counsel for Plaintiffs*

3

## CERTIFICATE OF SERVICE

      The undersigned certifies that a true and correct copy of the foregoing was filed with the Clerk of the Court via the CM/ECF system on March 26, 2019, which will generate a notice of filing to all registered counsel in this action.

s/Amy D. Cubbage
*Counsel for Plaintiffs*
