UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

EMW WOMEN'S SURGICAL CENTER,
P.S.C. and ERNEST MARSHALL, M.D.,                                    Plaintiffs,

v.                                              Civil Action No. 3:19-cv-178-DJH

ANDREW G. BESHEAR, in his official
capacity as Attorney General of the
Commonwealth of Kentucky, et al.,                                    Defendants.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on March 27, 2019, with the following counsel participating:

|  |  |
|---|---|
| For Plaintiffs: | Amy Cubbage<br>Brigitte Amiri<br>Heather Gatnarek<br>Kendall Turner |
| For Defendants: | La Tasha Buckner<br>Stephen Pitt<br>Chad Meredith<br>Matt Kuhn |

The Court and counsel discussed the procedural posture of the case. Counsel advised the Court that the remaining parties had agreed to forgo a hearing on Plaintiffs' motion for preliminary injunction and to extend the temporary restraining orders currently in effect. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)  The hearing set for March 29, 2019, is **REMANDED** from the Court's docket.

(2)  The briefing schedule previously set is **VACATED**. One or more briefing schedules will be set by subsequent order.

2

     (3)     By agreement of the parties and pursuant to Federal Rule of Civil Procedure 65(b)(2), the temporary restraining orders entered March 15, 2019 (Docket No. 14) and March 20, 2019 (D.N. 21) are **EXTENDED** through the date of the final ruling in this case.

     (4)     Defendants Beshear, Rodman, and Wine having been dismissed from this action (D.N. 29; D.N. 30; D.N. 31), the Clerk of Court is **DIRECTED** to modify the case caption to reflect that Adam Meier is the sole remaining defendant.

March 27, 2019

                                          **David J. Hale, Judge**
                                          **United States District Court**

Court Time: 00/15
Court Reporter: Dena Legg