# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| EMW WOMEN'S SURGICAL CENTER, P.S.C., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>ADAM MEIER, in his official capacity as Secretary of Kentucky's Cabinet for Health and Family Services,<br><br>    Defendant. | Case No.: 3:19-cv-00178-DJH |

## PLAINTIFFS' NOTICE OF TRANSCRIPT IN GEORGIA CASE AND PRELIMINARY INJUNCTION IN ALABAMA CASE

Plaintiffs respectfully submit the preliminary injunction hearing transcript in *Sistersong v. Kemp*, 1:19-cv-2973 (N.D. Ga. Sept. 23, 2019), in which the court indicated it would accept the plaintiffs' motion to limit discovery on pages 72-73. This transcript is referenced in Plaintiffs' Reply in Further Support of Their Motion to Strike Defendant's Expert Declarations, ECF No. 46, and is attached as Exhibit A.

Furthermore, yesterday a federal district court preliminarily enjoined Alabama's near-total ban on abortion. *Robinson v. Marshall*, 2:19cv365-MHT (WO) (M.D. Ala. Oct. 29, 2019) (attached as Exhibit B). The court held, *inter alia*, that a "bright line rule governs bans, rather than mere regulations, of pre-viability abortions." Slip Op. at 5. The court further held:

> Alabama's abortion ban contravenes clear Supreme Court precedent. It violates the right of an individual to privacy, to make "choices central to personal dignity and autonomy." *Casey*, 505 U.S. at 851(opinion of the Court). It diminishes "the capacity of women to act in society, and to make reproductive decisions." *Id*. at 860. It defies the United States Constitution.

*Id*. at 17.

Dated: October 30, 2019

Respectfully submitted,

<u>/s/ Brigitte Amiri</u>
Brigitte Amiri*
Rachel Reeves*
Jennifer Dalven*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2633
bamiri@aclu.org
rreeves@aclu.org
jdalven@aclu.org

Amy D. Cubbage
Ackerson & Yann, PLLC
734 West Main Street, Suite 200
Louisville, Kentucky 40202
(502) 583-7400
acubbage@ackersonlegal.com

Heather L. Gatnarek
ACLU of Kentucky Foundation
325 West Main Street, Suite 2210
Louisville, Kentucky 40202
(502) 581-9746
heather@aclu-ky.org

Leah Godesky*
O'Melveny & Myers
7 Times Square
New York, New York 10036
(212) 326-2000
lgodesky@omm.com

Kendall Turner*
O'Melveny & Myers
1625 Eye St. NW
Washington, D.C. 20006
(202) 383-5300
kendallturner@omm.com

*pro hac vice motions granted

ATTORNEYS FOR PLAINTIFFS

2

## CERTIFICATE OF SERVICE

  The undersigned certifies that the foregoing was filed with the Court using the CM/ECF system on October 30, 2019, which will generate an electronic notice of filing to all counsel registered with that service.

               s/Brigitte Amiri
               Brigitte Amiri