UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| EMW WOMEN'S SURGICAL CENTER, P.S.C., *et al.* <br>  Plaintiff <br><br> v. <br><br> ERIC FRIEDLANDER <br>  Defendant | Civil Action No. 3:19-CV-178 |

## MOTION TO INTERVENE

The Commonwealth of Kentucky, *ex rel.* Attorney General Daniel Cameron (the "Commonwealth"), moves to intervene as a defendant in this matter to defend the constitutionality of 2019 House Bill 5 and 2019 Senate Bill 9. A memorandum of law and proposed order are attached. Under Rule 24(c), the Commonwealth also attaches a proposed answer to the Plaintiffs' Amended Complaint.

Respectfully Submitted,

DANIEL CAMERON
Attorney General of Kentucky

/s/ Barry L. Dunn
Barry L. Dunn
Victor B. Maddox
Carmine G. Iaccarino
Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
(502) 696-5300

>Barry.Dunn@ky.gov
>Vic.Maddox@ky.gov
>Carmine.Iaccarino@ky.gov

## CERTIFICATE OF SERVICE

 I filed the foregoing on January 31, 2020 through the Court's CM/ECF system, which will serve a notice of electronic filing on counsel of record.

>/s/ Barry L. Dunn