UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

EMW WOMEN'S SURGICAL CENTER,
P.S.C. and ERNEST MARSHALL, M.D.,                                      Plaintiffs,

v.                                                        Civil Action No. 3:19-cv-178-DJH

SECRETARY OF KENTUCKY'S CABINET
FOR HEALTH AND FAMILY SERVICES
et al.,                                                                  Defendants.

\* \* \* \* \*

## **ORDER**

On the Court's own motion, it is hereby

**ORDERED** that Plaintiffs' motion for summary judgment (Docket No. 36) is

**ADMINISTRATIVELY REMANDED** pending the Sixth Circuit's resolution of *Preterm-*

*Cleveland v. Himes*, No. 18-3329 (6th Cir.).