UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

EMW WOMEN'S SURGICAL CENTER,
P.S.C. and ERNEST MARSHALL, M.D., Plaintiffs,

v. Civil Action No. 3:19-cv-178-DJH

SECRETARY OF KENTUCKY'S CABINET
FOR HEALTH AND FAMILY SERVICES
et al., Defendants.

\* \* \* \* \*

### ORDER

Pursuant to 28 U.S.C. § 636(b)(1)(A), it is hereby

**ORDERED** that this matter is **REFERRED** to U.S. Magistrate Judge Regina S. Edwards for a status conference to discuss next steps, as well as resolution of all litigation planning issues, entry of scheduling orders, consideration of amendments thereto, and resolution of all non-dispositive matters, including discovery issues.  Judge Edwards is further authorized to conduct a settlement conference in this matter at any time.

October 18, 2021

David J. Hale, Judge
United States District Court