IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| EMW WOMEN'S SURGICAL CENTER, P.S.C., *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>ERIC FRIEDLANDER, in his official capacity as Acting Secretary of Kentucky's Cabinet for Health and Family Services,<br><br>      Defendant,<br><br>v.<br><br>DANIEL CAMERON, in his official capacity as Attorney General of the Commonwealth of Kentucky,<br><br>      Defendant-Intervenor. | Case No.: 3:19-cv-00178-DJH-RSE |

## PLAINTIFFS' MOTION TO WITHDRAW THEIR MOTION FOR SUMMARY JUDGMENT

Plaintiffs respectfully move this Court to withdraw their Motion for Summary Judgment filed on June 3, 2019 (Doc. 36).

Dated: April 8, 2022                Respectfully submitted,

                                            /s/ Brigitte Amiri
                                            Brigitte Amiri*
                                            Rachel Reeves*
                                            Jennifer Dalven*
                                            American Civil Liberties Union Foundation
                                            125 Broad Street, 18th Floor
                                            New York, New York 10004
                                            (212) 549-2633

bamiri@aclu.org
rreeves@aclu.org
jdalven@aclu.org

Heather L. Gatnarek
ACLU of Kentucky Foundation
325 West Main Street, Suite 2210
Louisville, Kentucky 40202
(502) 581-9746
heather@aclu-ky.org

Michele Henry
Craig Henry PLC
401 West Main Street, Suite 1900
Louisville, Kentucky 40202
(502) 614-5962
mhenry@craighenrylaw.com

Leah Godesky*
O'Melveny & Myers
7 Times Square
New York, New York 10036
(212) 326-2000
lgodesky@omm.com

Kendall Turner*
O'Melveny & Myers
1625 Eye St. NW
Washington, D.C. 20006
(202) 383-5300
kendallturner@omm.com

*pro hac vice motions granted

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed with the Court using the CM/ECF system on April 8, 2022, which will generate an electronic notice of filing to all counsel registered with that service.

s/Brigitte Amiri
Brigitte Amiri