IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| EMW WOMEN'S SURGICAL CENTER, P.S.C., *et al.*,<br><br>             Plaintiffs,<br><br>       v.<br><br>ERIC FRIEDLANDER, in his official capacity as Secretary of Kentucky's Cabinet for Health and Family Services, *et al*.,<br><br>             Defendants. | Case No.: 3:19-cv-00178-DJH-RSE |

**NOTICE REGARDING CONTINUING NEED FOR TRO**

On April 14, 2022, Plaintiffs sought to supplement their complaint to challenge HB 3 (Doc. 81), and moved for emergency relief to block enforcement of House Bill 3 ("the Act"). In their Motion for a Temporary Restraining Order and/or Preliminary Injunction (Doc. 82), Plaintiffs incorporated by reference a simultaneously filed Motion for a Temporary Restraining Order/Preliminary Injunction against the Act in a challenge brought in *Planned Parenthood Great Northwest, Hawaii, Alaska, Indiana, and Kentucky v. Cameron, et al*. (Case No. 3:22-cv-00198-RGJ, Doc. 3). In that lawsuit, Planned Parenthood challenged the Act, arguing that it was impossible for Plaintiffs to comply with the Act based on requirements for forms and programs that do not yet exist. Yesterday, an order was issued in that case enjoining the Act and prohibiting Defendants from "enforcing, attempting to enforce, threatening to enforce, or otherwise requiring compliance with HB3." (Doc. 27 at 20-21.) By its clear language, that order prohibits Defendants here—the same Defendants named in the Planned Parenthood challenge—from enforcing HB3

against any provider, including Plaintiffs.

Although the *Planned Parenthood* court enjoined the Act in "its entirety," Planned Parenthood does not offer abortion services after 14 weeks in pregnancy, and did not bring a substantive challenge to the 15-week ban provisions of the Act (Sections 27 (1)-(3), 32-34). It is unclear to Plaintiffs whether Defendants will argue that the 15-week ban is not contemplated within the scope of the *Planned Parenthood* court's injunction. Therefore, Plaintiffs respectfully request that this Court grant a TRO against the 15-week provisions of HB 3 immediately. Without a TRO, Plaintiffs are continuing to turn patients away seeking abortion at 15 weeks and beyond, causing daily irreparable harm to Plaintiffs and their patients.

Dated: April 22, 2022               Respectfully submitted,

/s/ Heather Gatnarek
Heather L. Gatnarek
ACLU of Kentucky Foundation
325 West Main Street, Suite 2210
Louisville, Kentucky 40202
(502) 581-9746
heather@aclu-ky.org

Brigitte Amiri*
Rachel Reeves*
Jennifer Dalven*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2633
bamiri@aclu.org
rreeves@aclu.org
jdalven@aclu.org

Michele Henry
Craig Henry PLC
401 West Main Street, Suite 1900
Louisville, Kentucky 40202

(502) 614-5962
mhenry@craighenrylaw.com

Leah Godesky*
O'Melveny & Myers
7 Times Square
New York, New York 10036
(212) 326-2000
lgodesky@omm.com

Kendall Turner*
O'Melveny & Myers
1625 Eye St. NW
Washington, D.C. 20006
(202) 383-5300
kendallturner@omm.com

*pro hac vice motions granted

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing was filed with the Court using the CM/ECF system on April 22, 2022, which will generate an electronic notice of filing to all counsel registered with that service.

                                              s/Heather Gatnarek
                                              Heather Gatnarek