UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

EMW WOMEN'S SURGICAL CENTER,
P.S.C. and ERNEST MARSHALL, M.D.,                                    Plaintiffs,

v.                                                Civil Action No. 3:19-cv-178-DJH-RSE

SECRETARY OF KENTUCKY'S CABINET
FOR HEALTH AND FAMILY SERVICES
et al.,                                                              Defendants.

\* \* \* \* \*

### ORDER

In light of the United States Supreme Court's ruling in *Dobbs v. Jackson Women's Health Organization*, No. 19-1392, 2022 U.S. LEXIS 3057 (June 24, 2022), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The motion to dissolve (Docket No. 93) is **GRANTED**. The temporary restraining orders entered on March 15, 2019 (D.N. 14), and March 20, 2019 (D.N. 21), and extended on March 27, 2019 (D.N. 32), are **DISSOLVED**.

(2) Plaintiffs' motion to dismiss (D.N. 92) is **GRANTED**. This matter is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(2) and **STRICKEN** from the Court's active docket. All other pending motions are **DENIED** as moot.

June 29, 2022

David J. Hale, Judge
United States District Court